Michael L. Charlson (SBN 122125)
  mcharlson@velaw.com
**VINSON & ELKINS LLP**
525 Market Street, Suite 2750
San Francisco, California 94105-2763
Telephone:     (415) 979-6900
Facsimile:      (415) 651-8786

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA

[Name and Address of Additional
Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSIAN HILL CAPITAL, L.P., | Case No. 3:15-cv-02554-HSG |
| Plaintiff, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| ENERGY CORPORATION OF AMERICA and DOES 1-10, | Civil L. R. 7-3 |
| Defendants. | Before the Hon. Haywood S. Gilliam, Jr. |

### RECITALS

WHEREAS, Plaintiff Russian Hill Capital, L.P. ("Russian Hill") commenced this action by filing its Complaint For:  (1) Fraud [and] (2) Misrepresentation of Facts Cal Corp Code § 25501(the "Complaint") on May 5, 2014 in the Superior Court of the State of California, County of San Francisco;

WHEREAS, Russian Hill served the Complaint on Defendant Energy Corporation of America ("ECA") on May 14, 2015;

WHEREAS, ECA removed the action to this Court on June 9, 2015, with ECA's filing of its Notice of Removal;

WHEREAS, on June 16, 2015, ECA filed a Motion to Dismiss the Complaint (the

1  "Motion");

2      WHEREAS, at the time ECA filed the Motion, the first date available on the Court's

3  calendar for a hearing was August 13, 2015; and, after consultation with counsel to Russian Hill,

4  the Motion was noticed for hearing on the Court's regular law and motion calendar for August 13,

5  2015; and

6      WHEREAS, the parties wish to modify the briefing schedule normally provided for in

7  Civil L. R. 7-3, on terms that will both accommodate certain commitments of counsel on other

8  matters and still afford the Court 21 days of preparation time before the hearing date;

9      THEREFORE, subject to the Court's approval, the parties agree as follows:

10                          **STIPULATION**

11      1.    Russian Hill shall file any papers in opposition to the Motion on or before July 13,

12  2015.

13      2.    ECA shall file any reply papers on or before July 23, 2015.

14

15  Dated: June 18, 2015                    VINSON & ELKINS LLP

16                                          By: */s/ Michael L. Charlson*
                                               Michael L. Charlson

17                                          Attorneys for Defendant
18                                          ENERGY CORPORATION OF AMERICA

19                                          KAUFHOLD GASKIN LLP
20                                          Steven S. Kaufhold (SBN 157195)
                                            Jonathan B. Gaskin (SBN 203615)
21                                          388 Market Street, Suite 1300
                                            San Francisco, California 94111
22                                          Telephone:  (415) 445-4620

23                                          By: */s/ Steven S. Kaufhold*
                                               Steven S. Kaufhold

24                                          Attorneys for Plaintiff
25                                          RUSSIAN HILL CAPITAL, LP

26

27

28

1

<u>**ORDER**</u>

Pursuant to stipulation of the parties and good causing appearing, briefing on Defendant Energy Corporation of America's Motion to Dismiss, filed June 16, 2015, shall be as follows:

1.      Any opposition papers shall be filed on or before July 13, 2015.

2.      Any reply papers shall be filed on or before July 23, 2015.

Subject to any further order of the Court, the hearing on the motion to dismiss will be held as part of the Court's regular law and motion calendar on August 13, 2015.

SO ORDERED.

Dated:  June 18, 2015

_____
United States District Judge

1

## **ATTESTATION OF ELECTRONIC FILING**

2      I, Michael L. Charlson, am the ECF User whose ID and password are being used to file

3  this Stipulation and Proposed Order Setting Briefing Schedule of Defendant's Motion to

4  Dismiss.  I hereby attest that counsel whose e-signatures appear above have concurred with this

5  filing.

6                                    VINSON & ELKINS LLP

7

8                                    By: */s/ Michael L. Charlson*
                                         Michael L. Charlson

9                                    Attorneys for Defendant
10                                   ENERGY CORPORATION OF AMERICA

11

12

## **CERTIFICATE OF SERVICE**

13      The undersigned certifies that on June 18, 2015, a true and correct copy of the foregoing

14  instrument was served upon counsel of record, in accordance with the Federal Rules of Civil

15  Procedure and Civil L.R. 5-1.

16                                   VINSON & ELKINS LLP

17

18                                   By: */s/ Michael L. Charlson*
                                         Michael L. Charlson

19                                   Attorneys for Defendant
20                                   ENERGY CORPORATION OF AMERICA

21

22

23

24

25

26

27

28

STIP. & [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
CASE NO. 3:15-cv-02554- HSG