Michael L. Charlson (SBN 122125)
mcharlson@velaw.com
**VINSON & ELKINS LLP**
525 Market Street, Suite 2750
San Francisco, California 94105-2763
Telephone: (415) 979-6900
Facsimile: (415) 651-8786

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA

[Name and Address of Additional
Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RUSSIAN HILL CAPITAL, L.P.,

Plaintiff,

vs.

ENERGY CORPORATION OF AMERICA and DOES 1-10,

Defendants.

Case No. 3:15-cv-02554-HSG

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S PLANNED MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Civil L. R. 7-3

Before the Hon. Haywood S. Gilliam, Jr.

**RECITALS**

WHEREAS, Plaintiff Russian Hill Capital, L.P. ("Russian Hill") commenced this action by filing its Complaint For: (1) Fraud [and] (2) Misrepresentation of Facts – Cal Corp Code § 25501(the "Complaint") on May 5, 2014 in the Superior Court of the State of California, County of San Francisco;

WHEREAS, Russian Hill served the Complaint on Defendant Energy Corporation of America ("ECA") on May 14, 2015;

WHEREAS, ECA removed the action to this Court on June 9, 2015, with ECA's filing of its Notice of Removal;

WHEREAS, on June 16, 2015, ECA filed a motion to dismiss the Complaint;

WHEREAS, on July 7, 2015, Russian Hill elected not to oppose ECA's motion to dismiss and instead exercised its right under Fed. R. Civ. P. 15(a)(1)(B) to amend its pleading by filing its First Amended Complaint For: (1) Fraud, (2) Misrepresentation of Facts – Cal Corp Code § 25501, [and] (3) Violation of Section 14(e) of the Exchange Act (the "First Amended Complaint");

WHEREAS, ECA intends to file a motion to dismiss directed to the First Amended Complaint (the "Motion");

WHEREAS, the parties have conferred concerning a briefing and hearing schedule for the Motion; and

WHEREAS, the parties wish to (a) extend by one week the time specified in Fed. R. Civ. P. 15(a)(3) for filing the Motion, (b) set a hearing date for the Motion, and (c) modify the briefing schedule from that normally provided for in Civil L. R. 7-3, on terms that will both accommodate certain commitments of counsel on other matters and still afford the Court 21 days of preparation time before the hearing date;

THEREFORE, subject to the Court's approval, the parties agree as follows:

**STIPULATION**

1. ECA shall file its Motion on or before July 28, 2015, and will notice the Motion for hearing on the Court's regular civil law and motion calendar for September 24, 2015;

2. Russian Hill shall file any papers in opposition to the Motion on or before August 20, 2015.

/ / /

/ /

/

3. ECA shall file any reply papers on or before September 3, 2015.

Dated: July 13, 2015

VINSON & ELKINS LLP

By: */s/ Michael L. Charlson*___________
Michael L. Charlson

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA

KAUFHOLD GASKIN LLP
Steven S. Kaufhold (SBN 157195)
Jonathan B. Gaskin (SBN 203615)
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 445-4620

By: */s/ Steven S. Kaufhold*_________
Steven S. Kaufhold

Attorneys for Plaintiff
RUSSIAN HILL CAPITAL, LP

**ORDER**

Pursuant to stipulation of the parties and good causing appearing, the briefing and hearing schedule on Defendant Energy Corporation of America's planned motion to dismiss the First Amended Complaint of Plaintiff Russian Hill Capital, L.P., shall be as follows:

1. The motion to dismiss shall be filed on or before July 28, 2015.
2. Any opposition papers shall be filed on or before August 20, 2015.
3. Any reply papers shall be filed on or before September 3, 2015.

Subject to any further order of the Court, the motion to dismiss shall be noticed for hearing as part of the Court's regular law and motion calendar on September 24, 2015.

SO ORDERED.

Dated: July 15, 2015

Haywood S. Gilliam, Jr.
United States District Judge

**ATTESTATION OF ELECTRONIC FILING**

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S PLANNED MOTION TO DISMISS FIRST AMENDED COMPLAINT. I hereby attest that counsel whose e-signatures appear above have concurred with this filing.

Dated: July 13, 2015

By: */s/ Michael L. Charlson*
Michael L. Charlson

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 13, 2015, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

The undersigned certifies that on July 13, 2015, a true and correct copy of the foregoing document was served on counsel of record listed below by U.S. Postal Service:

**Steve Kaufhold**
**Kaufhold Gaskin LLP**
**388 Market Street, Suite 1300**
**San Francisco, CA 94111**

By: */s/ Michael L. Charlson*
Michael L. Charlson

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA