Michael L. Charlson (SBN 122125)
   mcharlson@velaw.com
**VINSON & ELKINS LLP**
525 Market Street, Suite 2750
San Francisco, California 94105-2763
Telephone:    (415) 979-6900
Facsimile:    (415) 651-8786

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA

[Name and Address of Additional
Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSIAN HILL CAPITAL, L.P., | Case No. 3:15-cv-02554-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| vs. | |
| ENERGY CORPORATION OF AMERICA and DOES 1-10, | Before the Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

WHEREAS, Plaintiff Russian Hill Capital, L.P. ("Russian Hill") commenced this action by filing its Complaint For:  (1) Fraud [and] (2) Misrepresentation of Facts – Cal Corp Code § 25501(the "Complaint") on May 5, 2014 in the Superior Court of the State of California, County of San Francisco;

WHEREAS, Russian Hill served the Complaint on Defendant Energy Corporation of America ("ECA") on May 14, 2015;

WHEREAS, ECA removed the action to this Court on June 9, 2015, with ECA's filing of its Notice of Removal;

WHEREAS, on June 16, 2015, ECA filed a motion to dismiss the Complaint;

WHEREAS, on July 7, 2015, Russian Hill elected not to oppose ECA's motion to dismiss

STIP. & [PROPOSED] ORDER TO POSTPONE
INITIAL CASE MANAGEMENT CONFERENCE                    CASE NO. 3:15-cv-02554- HSG

and instead exercised its right under Fed. R. Civ. P. 15(a)(1)(B) to amend its pleading by filing its First Amended Complaint For:  (1) Fraud, (2) Misrepresentation of Facts – Cal Corp Code § 25501, [and] (3) Violation of Section 14(e) of the Exchange Act (the "First Amended Complaint");

WHEREAS, ECA filed a motion to dismiss directed to the First Amended Complaint (the "Motion");

WHEREAS, briefing on the Motion is continuing, and a hearing on the Motion is scheduled for the Court's regular law-and-motion calendar on Thursday, September 24, 2015;

WHEREAS, an initial case management conference was scheduled in this matter when it was first filed and is currently on calendar for Tuesday, September 8, 2015;

WHEREAS, in light of the procedural posture of the case, the parties believe that it would be more efficient to postpone the initial case management conference and related proceedings (including the dates contemplated by the Initial Case Management Scheduling Order, the preparation of an initial case management conference statement and initial disclosures and meet-and-confer obligations under Fed. R. Civ. P. 26) until after the Court's disposition of the Motion;

THEREFORE, subject to the Court's approval, the parties agree as follows:

## STIPULATION

1.      The Case Management Conference currently scheduled in this action for September 8, 2015, is vacated, together with all associated dates set out in the Initial Case Management Scheduling Order and deadlines for the filing of a case management conference statement, initial disclosures and meet-and-confer discussions under Fed. R. Civ. P. 26.  In addition, the parties are excused for now from filing an ADR Certification or to meet-and-confer to select an ADR process.

2.      Within ten days of the Court's disposition of the Motion, the parties will propose to the Court a schedule for an initial case management conference and related dates (including initial disclosures and timing for meet-and-confer discussions to select an alternative dispute resolution process), which proposed schedule can and should take into account the timing of any further proceedings that may be necessary in light of the Court's disposition of the Motion.  For

STIP. & [PROPOSED] ORDER TO POSTPONE
INITIAL CASE MANAGEMENT CONFERENCE                         CASE NO. 3:15-cv-02554- HSG

2

1  example, should the Court grant the Motion with leave to amend and Russian Hill indicates an

2  intention to amend its pleading, the parties' proposed schedule may contemplate a delay in an

3  initial case management conference until after the further amendment to the complaint or

4  disposition of a new motion to dismiss that hypothetical amended complaint.

5       3.     The Clerk's Notice concerning compliance with the Court's local ADR-related

6  rules dated August 19, 2015, is also vacated pending the Court's resolution of the Motion.

7

8  Dated: August 20, 2015                          VINSON & ELKINS LLP

9

10                                                 By: /s/ Michael L. Charlson
                                                       Michael L. Charlson

11                                                 Attorneys for Defendant
                                                   ENERGY CORPORATION OF AMERICA
12

13                                                 KAUFHOLD GASKIN LLP
                                                   Steven S. Kaufhold (SBN 157195)
14                                                 Jonathan B. Gaskin (SBN 203615)
                                                   388 Market Street, Suite 1300
15                                                 San Francisco, California 94111
                                                   Telephone:  (415) 445-4620
16

17

18                                                 By: /s/ Steven S. Kaufhold
                                                       Steven S. Kaufhold
19
                                                   Attorneys for Plaintiff
20                                                 RUSSIAN HILL CAPITAL, LP

21

22

23

24

25

26

27

28

STIP. & [PROPOSED] ORDER TO POSTPONE
INITIAL CASE MANAGEMENT CONFERENCE                          CASE NO. 3:15-cv-02554- HSG

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### <u>ORDER</u>

Pursuant to stipulation of the parties and good causing appearing, IT IS SO ORDERED. The initial Case Management Conference currently scheduled for September 8, 2015, together with related dates for filing of a case management conference statement and for initial disclosures and meet-and-confer discussions under Fed. R. Civ. P. 26, are postponed pending the Court's resolution of Defendant's pending motion to dismiss.  The Clerk's Notice concerning compliance with the Court's local ADR-related rules dated August 19, 2015, is also vacated pending the Court's resolution of the Motion.

Dated:  August 21, 2015

_____
United States District Judge

**ATTESTATION OF ELECTRONIC FILING**

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES.  I hereby attest that counsel whose e-signatures appear above have concurred with this filing.

Dated:  August 20, 2015

VINSON & ELKINS LLP


By: */s/ Michael L. Charlson*
     Michael L. Charlson

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA


**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 20, 2015, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means.

Dated:  August 20, 2015

VINSON & ELKINS LLP


By: */s/ Michael L. Charlson*
     Michael L. Charlson

Attorneys for Defendant
ENERGY CORPORATION OF AMERICA