UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN HILL CAPITAL, L.P., <br><br> Plaintiff(s), <br><br> v. <br><br> ENERGY CORPORATION OF AMERICA, <br><br> Defendant(s). | Case No: 15-cv-02554-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Craig E. Zieminski, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Energy Corporation of America in the above-entitled action. My local co-counsel in this case is Michael L. Charlson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Vinson & Elkins LLP <br> 2001 Ross Avenue, Suite 3700 <br> Dallas, TX 75201 | Vinson & Elkins LLP <br> 525 Market Street, Suite 2750 <br> San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: <br> (214) 220-7700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 979-6900 |
| MY EMAIL ADDRESS OF RECORD: <br> czieminski@velaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> mcharlson@velaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24066331.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                     Craig E. Zieminski
                                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Craig E. Zieminski is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/24/2015

                                                            *[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 22, 2015

Re:   Craig Eric Zieminski, State Bar Number 24066331

To Whom It May Concern:

This is to certify that Mr. Craig Eric Zieminski was licensed to practice law in Texas on November 07, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa

