UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSIAN HILL CAPITAL, LP,<br><br>         Plaintiff,<br><br>    v.<br><br>ENERGY CORPORATION OF AMERICA,<br><br>         Defendant. | Case No. 15-cv-02554-HSG<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' proposed case schedules, the Court **SETS** the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Schedule |
|---|---|
| Expert designations | September 16, 2016 |
| Fact Discovery Cutoff | October 5, 2016 |
| Expert Discovery Cutoff | November 7, 2016 |
| Hearing on Dispositive Motions | December 15, 2016, at 2:00pm |
| Pretrial Conference | March 14, 2017 at 3:00pm |
| Jury Trial | April 3, 2017 at 8:30am |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/2/2016

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge