## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

RUSSIAN HILL CAPITAL, LP,

              Plaintiff,

      vs.

ENERGY CORPORATION OF AMERICA
and DOES 1-10,

             Defendants.

Case No. 3:15-cv-02554-HSG

**STIPULATION OF DISMISSAL OF DEFENDANT ENERGY CORPORATION OF AMERICA AND [PROPOSED] ORDER**

### STIPULATION OF DISMISSAL OF ENERGY CORPORATION OF AMERICA WITH PREJUDICE

WHEREAS, Plaintiff Russian Hill Capital, LP ("Plaintiff") filed its First Amended Complaint for Fraud; Misrepresentation of Facts in Violation of California Corporations Code § 25501; and Violation of Section 14(e) of the Exchange Act on July 7, 2015.

WHEREAS, Plaintiff and Defendant Energy Corporation of America ("Defendant') settled this matter on or about August 2016.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant through their designated counsel that the above-captioned action should be dismissed with prejudice as to Defendant Energy Corporation of America pursuant to FRCP 41(a)(2).  The parties further stipulate that, except as set forth in the August 2016 Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses, and costs.

US 4567964

IT IS SO STIPULATED.

Dated: 9/16/2016                                     KAUFHOLD GASKIN LLP

                                                     /s/ Steven S. Kaufhold
                                                     Steven S. Kaufhold

                                                     KAUFHOLD GASKIN LLP
                                                     Steven S. Kaufhold (SBN 157195)
                                                     SKaufhold@KaufholdGaskin.com
                                                     Quynh K. Vu (SBN 286631)
                                                     QVu@KaufholdGaskin.com
                                                     388 Market St., Suite 1300
                                                     San Francisco, CA 94111
                                                     T: 415-445-4620

                                                     *Attorneys for Russian Hill Capital LP*

Dated: 9/16/2016                                     VINSON & ELKINS LLP

                                                     /s/ Michael Charlson
                                                     Michael L. Charlson

                                                     VINSON & ELKINS LLP
                                                     Michael L. Charlson (SBN 122125)
                                                     mcharlson@velaw.com
                                                     555 Mission Street, Suite 2000
                                                     San Francisco, CA 94105
                                                     T: 415-979-6900

                                                     *Attorneys for Energy Corporation of America*

11

## ORDER

The Court, having considered the stipulation of the parties and good cause appearing therefor, orders as follows:

1.     The action is dismissed with prejudice as against Defendant Energy Corporation of America pursuant to FRCP 41(a)(2).

2.     Each party shall bear their own costs and attorneys' fees.

3.     The Court shall retain jurisdiction over this matter, only to the extent necessary, to enforce the terms of the August 2016 Settlement Agreement.


**IT IS SO ORDERED.**


Dated: _____9/19/2016_____

Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

12

**ATTESTATION OF ELECTRONIC FILING**

I, Steve S. Kaufhold, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL OF DEFENDANT ENERGY CORPORATION OF AMERICA AND [PROPOSED] ORDER.  I hereby attest that counsel whose e-signatures appear above have concurred with this filing.


Dated: 9/16/2016                    KAUFHOLD GASKIN LLP

                                     /s/ Steven S. Kaufhold
                                       Steven S. Kaufhold

                                    KAUFHOLD GASKIN LLP
                                    Steven S. Kaufhold (SBN 157195)
                                    SKaufhold@KaufholdGaskin.com
                                    Quynh K. Vu (SBN 286631)
                                    QVu@KaufholdGaskin.com
                                    388 Market St., Suite 1300
                                    San Francisco, CA 94111
                                    T: 415-445-4620

                                    *Attorneys for Russian Hill Capital LP*

13